## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

| | |
|---|---|
| **In re:**  **LAKE TOWN REALTY LLC,** Debtor. | **Chapter 11**  **Case No. 14-13256-FJB** |

### NOTICE OF INTENDED PUBLIC SALE OF ESTATE PROPERTY
### FREE AND CLEAR OF LIENS BY PUBLIC AUCTION
### [Real Estate Located at 2842 Cranberry Highway, Wareham, Massachusetts]

To Creditors and Parties in Interest:

Notice is hereby given, pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 2002(a)(2) and 6004, and M.L.B.R. 2002-5 and 6004-1, that David B. Madoff, the Chapter 7 Trustee of Lake Town Realty LLC (the "Debtor"), intends to sell at public auction all of the Debtor's right, title and interest in and to the real estate located at 2842 Cranberry Highway, Wareham, Massachusetts (the "Property").  Subject to Court approval, the Sale will be conducted by Paul E. Saperstein Co., Inc. (the "Firm"), as auctioneer, at 2842 Cranberry Highway, Wareham, Massachusetts, on **May 15, 2015 at 11:00 a.m.**  The Trustee and the Firm intend to open the Property up for inspection by prospective bidders on **May 15, 2015 at 10:00 a.m.**  The proposed sale procedures are more particularly described in the Debtor's Motion to Sell Real Estate Free and Clear of Liens by Public Auction, dated March 24, 2015 (the "Sale Motion"), a copy of which is available from the undersigned.  The Property will be sold free and clear of all liens, claims and encumbrances, with such valid liens, claims and encumbrances, if any, attaching to the net proceeds of the sale, to the same extent and to the same order of priority as such liens, claims and encumbrances attached to the Property.

Objections to the Sale Motion and the intended public sale of the Property must be filed with the Clerk of the United States Bankruptcy Court on or before **April 14, 2015 at 4:30 p.m.** (the "Objection Deadline"). A copy of any objection must also be served upon the Trustee's counsel, at the address set forth below, such that he receives it before the Objection Deadline.

A hearing on the Sale Motion has been scheduled for **April 21, 2015 at 9:30 a.m.** before the Honorable Frank J. Bailey, United States Bankruptcy Judge, John W. McCormack Post Office and Court House, 5 Post Office Square, Suite 1150, Boston, Massachusetts 02109. If no objections are timely filed, the Bankruptcy Court, in its discretion, may cancel the scheduled hearing and grant the relief sought in the Sale Motion.

Respectfully submitted this 24th day of March, 2015.

       */s/ Steffani M. Pelton Nicholson*
David B. Madoff (BBO#552968)
Steffani M. Pelton Nicholson (BBO#666470)
MADOFF & KHOURY LLP
124 Washington Street – Ste. 202
Foxborough, Massachusetts 02035
(508) 543-0040
pelton@mandkllp.com